STATE, Respondent, v. RASMUSSEN, et al, Appellants.

(237 N. W. 771.)

(File No. 7144. Opinion filed August 3, 1931.)

C. J. Delbridge, of Sioux Falls, for Appellant.

E. D. Roberts, Assistant Attorney General, for the State.

PER CURIAM. This purports to be an appeal from an order of the circuit court of Kingsbury county made in the above-entitled cause on the 19th day of August, 1928. The notice of appeal was served on the 28th day of August, 1930, since which date no further steps have been taken in prosecution of such appeal.

Therefore, pursuant to rule 5 of this court, the appeal must be and is deemed to be abandoned, and the order appealed from is affirmed

ROBERTS, J., not sitting.